# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN
# LA CROSSE DIVISION

| | |
|---|---|
| Marjorie Shirey, | Case No.: |
| Plaintiff, | Judge: |
| v. | **COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF** |
| IC System, Inc., | |
| Defendant. | |
| | **JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because Defendant resides in this district pursuant to 28 U.S.C. §1391.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

4. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5), which Plaintiff allegedly owed to Bank of America.

5. On or around July 5, 2010, Defendant telephoned Plaintiff in connection with the collection of the debt.

6. During this communication, Plaintiff informed Defendant that she was represented by an attorney with respect to the debt but before she could provide her attorney's contact information, Defendant interrupted Plaintiff and falsely represented that Plaintiff's attorneys could not help Plaintiff because Defendant was already preparing a lawsuit against Plaintiff.

1

7. Despite knowledge that Plaintiff was represented by an attorney, Defendant telephoned Plaintiff in connection with the collection of the debt approximately forty times more throughout July 2010.

8. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

9. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

10. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

11. Defendant violated 15 U.S.C. §1692c in that it communicated with Plaintiff notwithstanding Plaintiff's notice that Plaintiff was represented by an attorney.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

12. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

13. Defendant violated 15 U.S.C. §1692d in that Defendant repeatedly or continuously telephoned Plaintiff and/or another person with the intent to annoy, abuse, and/or harass that person.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the debt.

## **JURY DEMAND**

16. Plaintiff demands a trial by jury.

## **PRAYER FOR RELIEF**

17. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 312-753-7576
    Fax: 312-822-1064
    Email: tjs@legalhelpers.com