# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN
# LA CROSSE DIVISION

| | |
|---|---|
| Marjorie Shirey, | Case No. 3:10-cv-640 |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| IC System, Inc., | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice prior to Defendant's answer.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
   Timothy J. Sostrin
   233 S. Wacker, Suite 5150
   Chicago, IL 60606
   Telephone: 312-753-7576
   Fax: 312-822-1064
   Email: tjs@legalhelpers.com

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 4, 2011, I served Defendant with a copy of the foregoing Notice by depositing a copy of the same in the United States mail addressed as follows:

Donald P. Fitzgerald
VP, Corporate Counsel
I.C. System, Inc.
444 Highway 96 East
St. Paul, MN 55127

                     /s/ Timothy J. Sostrin

2